No. 01–6119.  CAUSWELL v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 01–6121.  VILLA-LOZANO v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 01–6122.  TORRES-GALEAS v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 01–6123.  WILDER v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 01–6125.  MARAVILLA v. UNITED STATES.  C. A. 1st Cir.
Certiorari denied.

No. 01–6126.  HOWARD v. UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 01–6131.  SEWELL v. UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 01–6133.  HAMBRICK v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 01–6134.  HOLLEY v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 01–6135.  HIGUERA-CRUZ v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 01–6136.  GREEN ET AL. v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 01–6138.  GUILLEN-OCHOA v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 01–6143.  SPEER v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 01–6145.  QUARTERMAN v. MOORE, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certio-
rari denied.

No. 01–6154.  DIKE v. UNITED STATES.  C. A. 3d Cir.  Certio-
rari denied.

No. 01–6155.  LOVING v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.